IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RANDAL W. DECK, <br><br> Plaintiff, <br><br> -vs- <br><br> CITY OF GREAT FALLS, MONTANA, KEVIN LAKE, individually and as an officer of the Great Falls Police Department, JOSEPH DUSATKO, individually and as an officer of the Great Falls Police Department, LINDY WHITING, individually and as an officer of the Great Falls Police Department, KEVIN SUPALLA, individually and as an officer of the Great Falls Police Department, and DOES 1-5. <br><br> Defendant. | Cause No. CV-19-01-GF-BMM <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Plaintiff's Motion to Dismiss with Prejudice,

IT IS ORDERED that this action is DISMISS WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

Dated this 12th day of March, 2019.

_____
Brian Morris
United States District Court Judge

Order to Dismiss with Prejudice                    Page 1 of 1